UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DuPree Harris,

        Petitioner/Prisoner ID# _____ DONNELLY, J.

-against-

_____,

        Respondent.

CV 17-0080

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

-----------------------------------------------------------------x

I, DuPree Harris, am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed? Yes (X)   No ( )

   A. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

AS A Grevience Representative      12 dollars a month

2. Have you received within the past twelve months any income from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )  No (X)
   B. Rent payments, interest, or dividends?   Yes ( )  No (X)
   C. Pensions, annuities, or life insurance payments?   Yes ( )  No (X)
   D. Gifts or inheritances?   Yes ( )  No (X)
   E. Any other sources?   Yes ( )  No ( )

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own any cash or do you have money in a savings or checking account? Yes ( )  No (X)
[Include any funds in prison accounts]

   If the answer is yes, state the total value owned.

_____
_____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
    Yes ( )   No (x)

    If the answer is yes, describe the property and state its approximate value.

    _____
    _____

5.  List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support:

| Name | Relationship | Amount of Support |
|---|---|---|
| None | | |

I understand that a false statement or answer to any questions in this declaration will subject me to penalties for perjury; and, declare under penalty of perjury that the foregoing is true and correct.

_____
Petitioner's Signature

_____
Social Security No.

2-20-71
Date of Birth

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States District Judge     Date | United States District Judge     Date |

## AUTHORIZATION

I, plaintiff/petitioner, hereby authorize said institution to release the herein requested financial information and any required future payment fees to the United States District Court, Eastern District of New York.

Dated: 12/23/16

_____
Plaintiff Signature

Dupree Harris
Name Printed

06A4847
ID Number

_____
Social Security Number